The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JASON TORGERSON, ERIN BOURGAULT, BRIAN LINDGREN, NICHOLAS BARRY, DAVID MILLER, EDGAR WELLS, AND LARRY FIFE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LACEY, LAURA WATSON in her official capacity as the Director of the WASHINGTON STATE DEPARTMENT OF ECOLOGY, and TARA C. SMITH in her official capacity as the Director of the WASHINGTON STATE DEPARTMENT OF ENTERPRISE SERVICES, and MIKE FONG in his capacity as the Director of the WASHINGTON STATE DEPARTMENT OF COMMERCE,<br><br>Defendant. | No. 3:24-cv-05110 -DGE<br><br>STIPULATED MOTION AND ORDER DISMISSING THE CITY OF LACEY WITH PREJUDICE<br><br>NOTED FOR HEARING:<br>MAY 14, 2024 |

## I.    STIPULATION AND AGREED MOTION

The undersigned parties have stipulated that the Defendant City of Lacey should be dismissed from the case with prejudice, and without costs or fees to either party.

STIPULATED DISMISSAL – CITY OF LACEY
(3:24-cv-05110 -DGE) - 1

**Keller Rohrback L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 14th day of May, 2024.

NORTHWEST JUSTICE PROJECT

By: <u>*/s/* Carrie Graf</u>
CARRIE GRAF, WSBA # 51999
SCOTT CRAIN, WSBA # 37224
711 Capital Way South, Suite 704
Olympia, WA 98501
(206) 707-0092
Carrie.Graf@nwjustice.org
Scott.Crain@nwjustice.org
Attorneys for Plaintiffs

ROBERT W. FERGUSON
Attorney General


<u>*/s/* Jack E. Bucknell</u>
JACK E. BUCKNELL, WSBA # 30363
SANDRA ADIX, WSBA # 22536
Assistant Attorneys General
Attorneys for Defendant Washington State Department of Commerce


<u>*/s/* David B. Merchant</u>
DAVID B. MERCHANT, WSBA # 21978
Assistant Attorney General
Attorney for Defendant Washington State Department of Enterprise Services


<u>*/s/* Julian H. Beattie</u>
ANDREW FITZ, WSBA # 22169
JULIAN H. BEATTIE, WSBA # 45586
Assistant Attorneys General
Attorneys for Defendant Washington State Department of Ecology

STIPULATED DISMISSAL – CITY OF LACEY
(3:24-cv-05110 -DGE) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  KELLER ROHRBACK L.L.P.

2

3  */s/ Adam L. Rosenberg*
   ADAM L. ROSENBERG, WSBA # 39256
4  1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
5  (206) 623-1900
   arosenberg@kellerrohrback.com
6  Attorney for Defendant City of Lacey

STIPULATED DISMISSAL – CITY OF LACEY
(3:24-cv-05110 -DGE) - 3

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## II. ORDER

Based on the foregoing stipulation of the parties, the Court hereby dismisses the City of Lacey from this action, with prejudice, and without costs or fees to any party.

The City's pending summary judgment motion is hereby stricken.

DATED this 14th day of May 2024.

_____
David G. Estudillo
United States District Judge

Presented by:

KELLER ROHRBACK L.L.P.

*/s/ Adam L. Rosenberg*
ADAM L. ROSENBERG, WSBA # 39256
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900
arosenberg@kellerrohrback.com
Attorney for Defendant City of Lacey

STIPULATED DISMISSAL – CITY OF LACEY
(3:24-cv-05110 -DGE) - 4

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that I electronically filed the foregoing document using the Court CM/ECF system which will send notification of such filing to all attorneys of record.

DATED this 14th day of May, 2024 in Seattle, WA

KELLER ROHRBACK, L.L.P.

*s/ Nancy Tyler*
Nancy Tyler, Legal Assistant
ntyler@kellerrohrback.com

4858-5653-3177, v. 2

STIPULATED DISMISSAL – CITY OF LACEY
(3:24-cv-05110 -DGE) - 5

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384