The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON TORGERSON, ERIN BOURGAULT, BRIAN LINDGREN, NICHOLAS BARRY, DAVID MILLER, EDGAR WELLS, and LARRY FIFE,<br><br>Plaintiffs,<br><br>v.<br><br>LAURA WATSON in her official capacity as the Director of the WASHINGTON STATE DEPARTMENT OF ECOLOGY, and TARA C. SMITH in her official capacity as the Director of the WASHINGTON STATE DEPARTMENT OF ENTERPRISE SERVICES, and MIKE FONG in his capacity as the Director of the WASHINGTON STATE DEPARTMENT OF COMMERCE,<br><br>Defendants. | Case No. 3:24-cv-05110-DGE<br><br>JOINT MOTION AND ORDER OF DISMISSAL OF PLAINTIFFS JASON TORGERSON, NICHOLAS BARRY, DAVID MILLER, EDGAR WELLS, and LARRY FIFE<br><br>Noted for: May 28, 2024<br>No Oral Argument |

## I. MOTION

1. The parties to this action have jointly moved pursuant to FRCP 41 to the issuance of this Order, in complete settlement of Plaintiffs Jason Torgerson's, Nicholas Barry's, David Miller's, Edgar Wells', and Larry Fife's claims in this action.

STIPULATION AND ORDER
3:24-cv-05110-DGE

Northwest Justice Project
711 Capitol Way S. #704
Olympia, Wash. 98501
Tel. 206-707-0992  Fax 360-753-0174

## II. STIPULATION

1. This Action concerns Plaintiffs' lawsuit against Defendants Washington Department of Enterprise Services, Washington Department of Commerce, and Washington Department of Ecology. Plaintiffs Jason Torgerson, Nicholas Barry, David Miller, Edgar Wells, and Larry Fife have fully settled and resolved the dispute with all Defendants before the Court. This Proposed Order resolves all disputed claims between these five Plaintiffs and all Defendants in the Action.

2. The Parties agree to dismissal of all claims of Plaintiffs Jason Torgerson, Nicholas Barry, David Miller, Edgar Wells, and Larry Fife without prejudice and without costs or fees to any person.

Agreed to this 28th day of May, 2024.

By:

NORTHWEST JUSTICE PROJECT

/s/Carrie Graf
Carrie Graf, WSBA #51999
Carrie.graf@nwjustice.org
Scott Crain, WSBA#37224
ScottC@nwjustice.org
711 Capitol Way S. #704
Olympia, WA 98501
Attorneys for Plaintiffs


ROBERT W. FERGUSON
Attorney General

/s/Jack Bucknell
JACK E. BUCKNELL, WSBA # 30363
SANDRA ADIX, WSBA # 22536
Assistant Attorneys General
Attorneys for Defendant Washington State

STIPULATION AND ORDER
3:24-cv-05110-DGE

Northwest Justice Project
711 Capitol Way S. #704
Olympia, Wash. 98501
Tel. 206-707-0992  Fax 360-753-0174

Department of Commerce

*/s/*David Merchant
DAVID B. MERCHANT, WSBA # 21978
Assistant Attorney General
Attorney for Defendant Washington State
Department of Enterprise Services

*/s/*Julian Beattie
JULIAN H. BEATTIE, WSBA # 45586
Assistant Attorneys General
Attorneys for Defendant Washington State
Department of Ecology

# III. ORDER

Having reviewed the above stipulation, it is ORDERED:

1. The claims of Plaintiffs Jason Torgerson, Nicholas Barry, David Miller, Edgar Wells, and Larry Fife are dismissed without prejudice and without costs or fees to any person

DATED this 3rd day of June, 2024.

David G. Estudillo
United States District Judge

STIPULATION AND ORDER
3:24-cv-05110-DGE

Northwest Justice Project
711 Capitol Way S. #704
Olympia, Wash. 98501
Tel. 206-707-0992  Fax 360-753-0174

Presented by:

NORTHWEST JUSTICE PROJECT

/s/Carrie Graf
Carrie Graf, WSBA #51999
Carrie.graf@nwjustice.org
Scott Crain, WSBA#37224
ScottC@nwjustice.org
711 Capitol Way S. #704
Olympia, WA 98501
Attorneys for Plaintiffs

ROBERT W. FERGUSON
Attorney General

/s/Jack Bucknell
JACK E. BUCKNELL, WSBA # 30363
SANDRA ADIX, WSBA # 22536
Assistant Attorneys General
Attorneys for Defendant Washington State
Department of Commerce

/s/David Merchant
DAVID B. MERCHANT, WSBA # 21978
Assistant Attorney General
Attorney for Defendant Washington State
Department of Enterprise Services

/s/Julian Beattie
JULIAN H. BEATTIE, WSBA # 45586
Assistant Attorneys General
Attorneys for Defendant Washington State
Department of Ecology

STIPULATION AND ORDER
3:24-cv-05110-DGE

**Northwest Justice Project**
711 Capitol Way S. #704
Olympia, Wash. 98501
Tel. 206-707-0992  Fax 360-753-0174